# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**FREDERICK JOHNSON**                                                        **PLAINTIFF**

**v.**                                    **5:07CV00288 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                   **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of December, 2008.

_____
UNITED STATES MAGISTRATE JUDGE